UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| Joyce Landry<br>Plaintiff,<br><br>vs.<br><br>Consumer Portfolio Services,<br>Inc.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§  Civil Action No. 4:07-CV-4298<br>§<br>§<br>§<br>§<br>§ |

**ORDER OF DISMISSAL WITH PREJUDICE ON SETTLEMENT AGREEMENT**

The Court has been informed that a settlement of this cause of action has been reached. The case is DISMISSED with prejudice, except that the parties have the right of the parties to move for reinstatement within ninety (90) days after the entry of this order in unlikely event of a problem with the consummation of the settlement.

The Clerk will enter this Order and notify all parties.

SIGNED and ENTERED The 12th of March, 2008.

Kenneth M. Hoyt
United States District Judge